MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/6959
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0674-SI |
| v. | NOTICE OF DISMISSAL |
| GUILLERMO HERRERA, | (San Francisco Venue) |
| Defendant. | ORDER |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: January 11, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
_____
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR-08-0674-SI)

Leave is granted to the Government to dismiss the indictment without prejudice.

Date: January 12, 2012

_____
HON. SUSAN ILLSTON
United States District Judge